UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00086-RJC

| | |
|---|---|
| SOMPIS CHUENANAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's consent Motion for Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 20). Defendant seeks a judgment reversing its decision and remanding this case for further administrative proceedings. Plaintiff's counsel has consented to Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Remand is **GRANTED** and the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 17), is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: September 12, 2022

Robert J. Conrad, Jr.
United States District Judge